## Rose *v.* Park Shoes, Inc., Appellant.

Argued November 10, 1970. *Alice Dobson,* with her *Abraham Fishkin* and *James L. Nardelli,* for appellant; *R. H. Buchman,* for appellees.

Order affirmed.

## Ryan *v.* Casey (et ux., Appellants).

Argued November 13, 1970. *Thomas H. Welsh,* with him *Metz, Cook, Hanna & Kelly,* for appellants; *Daniel M. Berger,* with him *Berger & Kapetan,* for appellees.

Judgments affirmed.

## Samson Buick Company *v.* Berger Insulation Company, Inc., Appellant.

Argued November 10, 1970. *Edward C. Leckey,* for appellant; *Charles M. Thorp, III,* with him *Thorp, Reed & Armstrong,* for appellee.

Judgment affirmed.